UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

BRANDON RIFENBURG,

                        Plaintiff,

-against-                                  **NOTICE OF REMOVAL**
                                                     1:15-cv-978 (MAD/CFH)

DEPUTY DAVID HUGHES, OFFICER/FIRST
SERGEANT ERIC BENJAMIN, OFFICER/TROOPER
BRANDON M. BAILEY, OFFICERS/TROOPERS JOHN
DOE 1-10; ULSTER COUNTY SHERIFF'S OFFICE,
COUNTY OF ULSTER, CITY OF KINGSTON POLICE
DEPARTMENT, MWINNE UNIT #122 CITY OF
KINGSTON POLICE DEPARTMENT, SUPERVISOR #42
LTM CITY OF KINGSTON POLICE DEPARTMENT,
CITY OF KINGSTON, TOWN OF KINGSTON POLICE
DEPARTMENT, TOWN OF KINGSTON, TOWN OF
ULSTER POLICE DEPARTMENT, TOWN OF ULSTER,
TOWN OF ROSENDALE POLICE DEPARTMENT,
TOWN OF ROSENDALE, TOWN OF SAUGERTIES
POLICE DEPARTMENT, TOWN OF SAUGERTIES,
NEW YORK CITY DEPARTMENT OF
ENVIRONMENTAL PROTECTION POLICE, CITY OF
NEW YORK, WEST HURLEY FIRE DEPARTMENT,
TOWN/HAMLET OF WEST HURLEY, AND TOWN OF
HURLEY,

                        Defendants.

---

The defendants in the above-referenced action, Town of Kingston and Town of Rosendale, by and through their attorneys, BURKE, SCOLAMIERO, MORTATI & HURD, LLP, states the following:

1.      On April 10, 2015 plaintiff Brandon M. Rifenburg, commenced an action against the defendants in Supreme Court, Ulster County, State of New York by filing a Summons and Verified Complaint with the Ulster County Clerk's Office.

2.      Thereinafter, plaintiff served the Summons and Verified complaint upon

{A0317897.1 }

defendants, Town of Kingston and Town of Rosendale, on or about July 29, 201. (Attached hereto as Exhibit "A" is a copy of the Summons and Complaint.

3. In accordance with 28 U.S.C. §1446, this Notice of Removal is filed within thirty (30) days of the receipt of the initial pleading by defendants.

4. This Court has original jurisdiction of this matter pursuant the constitutional claims made by the plaintiff under 42 U.S.C. § 1983 and pursuant to 28 U.S.C. §1331. As a claim is asserted for a violation of plaintiff's civil rights, and such rights generally arise under the U.S. Constitution, accordingly, the above-entitled action may be removed to this Court by the defendants, pursuant to the provisions of 28 U.S.C. §1441(a) and 28 U.S.C. §1331.

5. No portion of this Notice of Removal should be deemed a waiver of any affirmative defenses.

**WHEREFORE**, defendants, Town of Rosendale and Town of Kingston respectfully requests that the above-referenced action now pending against it in Ulster County, Supreme Court for the State of New York, be removed to the United States District Court for the Northern District of New York.

DATED: August 11, 2015

BURKE, SCOLAMIERO, MORTATI & HURD, LLP

By: _____
THOMAS MORTATI, ESQ.
Bar Roll No.: 506590
*Attorneys for Defendants, Town of Rosendale and Town of Kingston*
7 Washington Square
P.O. Box 15085
Albany, New York 12212-5085
Tel.: (518) 862-1386
Our File No. 213.003

{A0317897.1}

TO: Andrew Humphreys, Esq.
JONNA SPILBOR LAW
*Attorneys for Plaintiff*
214 East Main Street
Poughkeepsie, New York  12601
(845) 485-2529

{A0317897.1 }